IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| MILLENNIUM MULTIPLE | ) | Chapter 11 |
| EMPLOYER WELFARE BENEFIT | ) | (W.D. Oklahoma Bankruptcy – |
| PLAN, | ) | Case No. 10-13528) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| JERALD WHITE, CLAUDIA WHITE, | ) | |
| and DIOGENES HOLDINGS, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:10-CV-01147 |
| | ) | |
| AVIVA LIFE AND ANNUITY | ) | |
| COMPANY, f/k/a INDIANAPOLIS | ) | |
| LIFE INSURANCE COMPANY, | ) | |
| DAVID CLINE, SIDNEY GOLDSTEIN, | ) | |
| GOLDSTEIN AND ASSOCIATES, P.C., | ) | |
| MILLENNIUM MULTIPLE | ) | |
| EMPLOYER WELFARE BENEFIT | ) | |
| PLAN, MILLENIUM MARKETING | ) | |
| GROUP, LLC, INNOVUS FINANCIAL | ) | |
| SOLUTIONS, LLC, NORMAN BEVAN, | ) | |
| SCOTT RIDGE, RIDGE INSURANCE, | ) | |
| INC., KATHLEEN BARROW, and | ) | |
| REPUBLIC BANK & TRUST, , | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

Please be advised that the law firm of Harwell Howard Hyne Gabbert & Manner, P.C. ("H3GM") has been retained as local counsel for Aviva Life and Annuity Company in the above-referenced matter. Please serve a copy of all pleadings, notices, orders, and all other papers filed in this case upon J. David McDowell with H3GM. All such notices and orders should be sent to H3GM at the following address:

    J. David McDowell
    Harwell Howard Hyne Gabbert & Manner, P.C.
    315 Deaderick Street, Suite 1800
    Nashville, TN 37238
    Telephone: 615-256-0500
    Facsimile: 615-251-1058
    Email: jdm@h3gm.com

Dated: June 23, 2010

                              Respectfully submitted,

                              HARWELL HOWARD HYNE
                              GABBERT & MANNER, P.C.


                              s/ J. David McDowell
                              J. David McDowell (BPR #024588)
                              315 Deaderick Street, Suite 1800
                              Nashville, Tennessee 37238
                              (615) 256-0500 - Telephone
                              (615) 251-1058 - Facsimile
                              jdm@h3gm.com


## CERTIFICATE OF SERVICE

    I hereby certify that I have on this day, filed electronically via CM/ECF a true copy of the within and foregoing Notice of Appearance and Request for Service, with notice of same being electronically served by the Court, addressed to the following:

| | |
|---|---|
| Fred A. Leibrock | J. Brandon McWherter |
| Phillips Murrah P.C. | Gilbert Russell McWherter PLC |
| Corporate Tower, 13th Floor | 101 North Highland |
| 101 N Richardson Street | Jackson, TN 38301 |
| Oklahoma City, OK 73102 | bmcwherter@gilbertfirm.com |
| faleibrock@phillipsmurrah.com | |

Robert L. Moore
Heaton & Moore, P.C.
100 N Main Building
Suite 3400
Memphis, TN 38103
rmoore@heatonandmoore.com

Charles H. Barnett, III
Sara Barnett
SPRAGINS BARNETT & COBB, PLC
P.O. Box 2004
312 E. Lafayette
Jackson, TN 38302-2004
cbarnett@spraginslaw.com
saraebarnett@spraginslaw.com

Dale Tuttle
Glassman, Edwards, Wade & Wyatt, P.C.
26 N Second Street
Memphis, TN 38103
dtuttle@gewwlaw.com

Jerry D. Kizer, Jr.
RAINEY KIZER REVIERE & BELL
P.O. Box 1147
105 S. Highland Avenue
Jackson, TN 38302-1147
jkizer@raineykizer.com

Kevin C. Baltz
Travis McDonough
MILLER & MARTIN, LLP
150 Fourth Ave. N.
1200 One Nashville Place
Nashville, TN 37219-2433
kbaltz@millermartin.com

and via U.S. Mail, postage prepaid to the following on June 23, 2010:

Kathleen R. Barrow
JACKSON LEWIS, LLP
1415 Louisiana Street, Suite 3325
Houston, TX 77002

David A. Clark
BEIRNE MAYNARD & PARSONS, LLP
1300 Post Oak Blvd, Suite 2500
Houston, TX 77056

J. Justin Johnston
Wyrsch Hobbs & Mirakian, P.C.
1000 Walnut
Suite 1600
Kansas City, MO 64106

Eric D. Madden
DIAMOND MCCARTHY LLP
1201 Elm Street, Suite 3400
Dallas, TX 75270

Adria Price
Price & Associates, LLC
43 N Kringle Place
P O Box 100
Santa Claus, IN 47579

Craig Brinker
HENSLEE SCHWARTZ LLP
6688 N. Central Expressway, Suite 850
Dallas, TX 75206

4

J. Michael Vaughn
Walters, Bender, Strohbehn & Vaughn, P.C.
2500 City Center Square
1100 Main Street
Kansas City, MO 64105

s/ J. David McDowell
J. David McDowell

433470-1