IN THE UNTIED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DISTRICT

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **MILLENNIUM MULTIPLE** | ) | Chapter 11 |
| **EMPLOYER WELFARE BENEFIT** | ) | (W.D. Oklahoma Bankruptcy -- |
| **PLAN,** | ) | Case No. 10-13528) |
| | ) | |
| Debtor. | ) | |
| | | |
| **JERALD WHITE, CLAUDIA WHITE,** | ) | |
| **and DIOGENES HOLDINGS, INC.** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 1:10-CV-01147 |
| | ) | |
| **AVIVA LIFE AND ANNUITY COMPANY,** | ) | |
| **f/k/a INDIANAPOLIS LIFE INSURANCE** | ) | |
| **COMPANY, et al.** | ) | |
| | ) | |
| Defendants. | ) | |

**CORPORATE DISCLOSURE STATEMENT**
**OF AVIVA LIFE AND ANNUITY COMPANY**

Aviva Life and Annuity Company, formerly known as Indianapolis Life Insurance Company, by and through its undersigned counsel submits this Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and states that:

1. On October 1, 2008, Indianapolis Life Insurance Company, an Indiana corporation, merged with Aviva Life and Annuity Company, an Iowa corporation, and the surviving corporation is now known as Aviva Life and Annuity Company, an Iowa corporation. Aviva Life and Annuity Company is wholly owned by Aviva USA Corporation, an Iowa corporation. Aviva USA Corporation, through a series of corporations and/or companies,

is an indirect, wholly owned subsidiary of Aviva, plc, a public limited company organized under the laws of England and Wales, traded on the London Stock Exchange.

Dated:  June 24, 2010

>Respectfully submitted,
>
>HARWELL HOWARD HYNE
>GABBERT & MANNER, P.C.
>
>    s/ J. David McDowell                j
>J. David McDowell (BPR #024588)
>315 Deaderick Street, Suite 1800
>Nashville, Tennessee 37238
>(615) 256-0500 - Telephone
>(615) 251-1058 – Facsimile
>jdm@h3gm.com
>
>        and
>
>Robert V. Redding     (BPR No. 007958)
>REDDING, STEEN & STATON, PC
>464 North Parkway, Suite A
>Jackson, TN 38305
>(731) 660-2332
>(731) 512-4021 (facsimile)
>
>ATTORNEYS FOR DEFENDANT
>AVIVA LIFE AND ANNUITY COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that I have on this day, filed electronically via CM/EMF a true copy of the within and foregoing Joinder in and Consent to Removal and Statement Pursuant to Fed. R. Bankr. Proc. 9027(e)(3), with notice of same being electronically served by the Court, addressed to the following:

Fred A. Leibrock  
Phillips Murrah P.C.  
Corporate Tower, 13th Floor  
101 N Richardson Street  

J. Brandon McWherter  
Gilbert Russell McWherter PLC  
101 North Highland  
Jackson, TN 38301

| | |
|---|---|
| Oklahoma City, OK 73102<br>faleibrock@phillipsmurrah.com | bmcwherter@gilbertfirm.com |
| Robert L. Moore<br>Heaton & Moore, P.C.<br>100 N Main Building<br>Suite 3400<br>Memphis, TN 38103<br>rmoore@heatonandmoore.com | Charles H. Barnett, III<br>Sara Barnett<br>SPRAGINS BARNETT & COBB, PLC<br>P.O. Box 2004<br>312 E. Lafayette<br>Jackson, TN 38302-2004<br>cbarnett@spraginslaw.com<br>saraebarnett@spraginslaw.com |
| Dale Tuttle<br>Glassman, Edwards, Wade & Wyatt, P.C.<br>26 N Second Street<br>Memphis, TN 38103<br>dtuttle@gewwlaw.com | Jerry D. Kizer, Jr.<br>RAINEY KIZER REVIERE & BELL<br>P.O. Box 1147<br>105 S. Highland Avenue<br>Jackson, TN 38302-1147<br>jkizer@raineykizer.com |

Kevin C. Baltz
Travis McDonough
MILLER & MARTIN, LLP
150 Fourth Ave. N.
1200 One Nashville Place
Nashville, TN 37219-2433
kbaltz@millermartin.com

and via U.S. Mail, postage prepaid to the following on June 24, 2010:

| | |
|---|---|
| Kathleen R. Barrow<br>JACKSON LEWIS, LLP<br>1415 Louisiana Street, Suite 3325<br>Houston, TX 77002 | Craig Brinker<br>HENSLEE SCHWARTZ LLP<br>6688 N. Central Expressway, Suite 850<br>Dallas, TX 75206 |

J. Michael Vaughn
Walters, Bender, Strohbehn & Vaughn, P.C.
2500 City Center Square
1100 Main Street
Kansas City, MO 64105

                                     s/ J. David McDowell
                                       J. David McDowell