**IN THE UNTIED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DISTRICT**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **MILLENNIUM MULTIPLE** | ) | Chapter 11 |
| **EMPLOYER WELFARE BENEFIT** | ) | (W.D. Oklahoma Bankruptcy -- |
| **PLAN,** | ) | Case No. 10-13528) |
| | ) | |
| Debtor. | ) | |

___

| | | |
|---|---|---|
| **JERALD WHITE, CLAUDIA WHITE,** | ) | |
| and **DIOGENES HOLDINGS, INC.** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 1:10-CV-01147 |
| | ) | |
| **AVIVA LIFE AND ANNUITY COMPANY,** | ) | |
| **f/k/a INDIANAPOLIS LIFE INSURANCE** | ) | |
| **COMPANY, et al.** | ) | |
| | ) | |
| Defendants. | ) | |

___

**JOINDER IN AND CONSENT TO REMOVAL AND
STATEMENT PURSUANT TO FED. R. BANKR. PROC. 9027(e)(3)**
___

Aviva Life and Annuity Company (f/k/a Indianapolis Life Insurance Company) an Iowa corporation ("Aviva"), for its Joinder In and Consent to Removal and Statement Pursuant to Fed. R. Bankr. Proc. 9027(e)(3) states as follows:

1.      Pursuant to 28 U.S.C. 1452 and Fed.R.Bankr.Proc. 9027, Aviva hereby joins in and consents to the removal by the Millennium Multiple Employer Welfare Benefit Plan (the "Debtor") of the entirety of any and all claims, counter-claims, cross-claims and causes of action asserted in the civil action pending in the Chancery Court of the 26th Judicial District, Jackson,

Tennessee, Case No. 66646, styled, *Jerald White, et al. v. Aviva Life and Annuity Company, f/k/a Indianapolis Life Insurance Company, et al.* (the "State Court Lawsuit").

  2. Pursuant to Bankruptcy Rule 9027(e)(3), Aviva states the proceeding has core and non-core matters. To the extent any claim, counter-claim, cross-claim or cause of action asserted in that the State Court Lawsuit is determined to be non-core, Aviva does not consent to the entry of final orders or judgments by the Bankruptcy Court.

  **WHEREFORE**, Aviva hereby joins in and consents to the removal any and all claims, counter-claims, cross-claims and causes of action asserted in the civil action pending in the Chancery Court of the 26th Judicial District, Jackson, Tennessee, Case No. 66646, styled, *Jerald White, et al. v. Aviva Life and Annuity Company, f/k/a Indianapolis Life Insurance Company, et al.*

Dated: June 24, 2010      Respectfully submitted,

            HARWELL HOWARD HYNE
            GABBERT & MANNER, P.C.

             s/ J. David McDowell
            J. David McDowell (BPR #024588)
            315 Deaderick Street, Suite 1800
            Nashville, Tennessee 37238
            (615) 256-0500 - Telephone
            (615) 251-1058 – Facsimile
            jdm@h3gm.com

             and

            Robert V. Redding (BPR No. 007958)
            REDDING, STEEN & STATON, PC
            464 North Parkway, Suite A
            Jackson, TN 38305
            (731) 660-2332
            (731) 512-4021 (facsimile)

            ATTORNEYS FOR DEFENDANT
            AVIVA LIFE AND ANNUITY COMPANY

## **CERTIFICATE OF SERVICE**

I hereby certify that I have on this day, filed electronically via CM/EMF a true copy of the within and foregoing Joinder in and Consent to Removal and Statement Pursuant to Fed. R. Bankr. Proc. 9027(e)(3), with notice of same being electronically served by the Court, addressed to the following:

| | |
|---|---|
| Fred A. Leibrock<br>Phillips Murrah P.C.<br>Corporate Tower, 13th Floor<br>101 N Richardson Street<br>Oklahoma City, OK 73102<br>faleibrock@phillipsmurrah.com | J. Brandon McWherter<br>Gilbert Russell McWherter PLC<br>101 North Highland<br>Jackson, TN 38301<br>bmcwherter@gilbertfirm.com |
| Robert L. Moore<br>Heaton & Moore, P.C.<br>100 N Main Building<br>Suite 3400<br>Memphis, TN 38103<br>rmoore@heatonandmoore.com | Charles H. Barnett, III<br>Sara Barnett<br>SPRAGINS BARNETT & COBB, PLC<br>P.O. Box 2004<br>312 E. Lafayette<br>Jackson, TN 38302-2004<br>cbarnett@spraginslaw.com<br>saraebarnett@spraginslaw.com |
| Dale Tuttle<br>Glassman, Edwards, Wade & Wyatt, P.C.<br>26 N Second Street<br>Memphis, TN 38103<br>dtuttle@gewwlaw.com | Jerry D. Kizer, Jr.<br>RAINEY KIZER REVIERE & BELL<br>P.O. Box 1147<br>105 S. Highland Avenue<br>Jackson, TN 38302-1147<br>jkizer@raineykizer.com |
| Kevin C. Baltz<br>Travis McDonough<br>MILLER & MARTIN, LLP<br>150 Fourth Ave. N.<br>1200 One Nashville Place<br>Nashville, TN 37219-2433<br>kbaltz@millermartin.com | |

and via U.S. Mail, postage prepaid to the following on June 24, 2010:

Kathleen R. Barrow
JACKSON LEWIS, LLP
1415 Louisiana Street, Suite 3325
Houston, TX 77002

J. Michael Vaughn
Walters, Bender, Strohbehn & Vaughn, P.C.
2500 City Center Square
1100 Main Street
Kansas City, MO 64105

Craig Brinker
HENSLEE SCHWARTZ LLP
6688 N. Central Expressway, Suite 850
Dallas, TX 75206

      <u>s/ J. David McDowell</u>
      J. David McDowell

433593-1

4