IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| IN RE:<br><br>THE MILLENNIUM MULTIPLE EMPLOYER WELFARE BENEFIT PLAN,<br><br>   DEBTOR. | CHAPTER 11<br>(W.D. OKLAHOMA BANKRUPTCY CASE NO. 10-13528 |
| JERALD WHITE, CLAUDIA WHITE and DIOGENES HOLDINGS, INC.,<br>   Plaintiffs,<br><br>v.<br><br>AVIVA LIFE AND ANNUITY COMPANY, f/k/a INDIANAPOLIS LIFE INSURANCE COMPANY, et al.,<br><br>   Defendants. | Case No. 1:10-CV-01147 |

ENTRY OF APPEARANCE

COME NOW James R. Wyrsch and the law firm of Wyrsch Hobbs & Mirakian, P.C., and hereby enter their appearance on behalf of Defendant David Cline in the within cause.

                                        Respectfully submitted,

                                        WYRSCH HOBBS & MIRAKIAN, P.C.

By:   /s/James R. Wyrsch
        James R. Wyrsch   Mo Bar #20730
        1000 Walnut Suite 1600
        Kansas City, Missouri  64106
        Tel:   (816) 221-0080
        Fax:  (816) 221-3280

        Kevin Baltz    TN BPR No. 22669
        MILLER & MARTIN, PLLC
        One Nashville Place, Suite 1200
        150 Fourth Avenue North
        Nashville, TN 37219
        (615) 244-9270
        (615) 256-8197 (Fax)

        Travis R. McDonough    TN BPR No. 018795
        MILLER & MARTIN, PLLC
        Suite 1000 Volunteer Building
        832 Georgia Avenue
        Chattanooga, TN 37402
        (423) 756-6600
        (423) 785-8480 (Fax)

## **CERTIFICATE OF SERVICE**

I hereby certify that I have on this 16th day of July, 2010, filed electronically via CM/ECF a true copy of the within and foregoing, with notice of same being electronically served by the Court, addressed to:

Charles H. Barnett, III
Sara Barnett
Spragins Barnett & Cobb, PLC
P.O. Box 2004
312 East Lafayette
Jackson, TN  38302-2004

Eric D. Madden
Diamond McCarthy LLP
1201 Elm Street, Suite 3400
Dallas, TX  75270

Adria Price
Price & Associates
43 North Kringle Place
P.O. Box 100
Santa Claus, IN  47579

**Attorneys for Plaintiffs**

Kathleen R. Barrow
Jackson Lewis, LLP
1415 Louisiana Street, Suite 3325
Houston, TX  77002
**Defendant Pro Se**

John David McDowell
Harwlll Howard  Hyne
 Gabbert & Manner PC
315 Deaderick Street, Suite 1800
Nashville, TN  37238

Robert Redding
Redding Steen & Staton, PC
464 North Parkway, Suite A
Jackson, TN  38305

J. Michael Vaughan
Walters Bender Strohbehn & Vaughan, PC
1100 Main, Suite 2500
Kansas City, MO  64105

**Attorneys for Aviva Life and Annuity Company**

David A. Clark
Beirne Maynard & Parsons, LLP
1300 Post Oak Blvd., Suite 2500
Houston, TX  77056

Jerry D. Kizer, Jr.
Rainey Kizer Reviere & Bell
P.O. Box 1147
105 S. Highland Avenue
Jackson, TN  38302

**Attorneys for Millennium Marketing Group, LLC and Norman Bevan**

James Brandon McWherter
Gilbert Russell McWherter PLC
101 North Highland Avenue
Jackson, TN  38301
**Attorneys for Millennium Multiple Employer Welfare Benefit Plan**

Fred A. Leibrock
Phillips Murrah P.C.
Corporate Tower/Thirteenth Floor
101 North Robinson Avenue
Oklahoma City, OK  73102

Dale H. Tuttle
Glassman Edward Wade & Wyatt, PC
26 North Second Street
Memphis, TN  38103

**Attorneys for Republic Bank & Trust**

Craig Brinker
Henslee Schwartz LLP
6688 N. Central Expressway, Suite 850
Dallas, TX  75206
**Attorneys for Ridge Insurance, Inc. and Scott Ridge**

Robert L. Moore
Heaton & Moore, P.C.
100 North Main Street, Suite 3400
Memphis, TN  38103
**Attorneys for Goldstein and Associates, P.C., and Sidney Goldstein**


/s/James R. Wyrsch
Attorney for David Cline